# United States District Court
### EASTERN DISTRICT OF NORTH CAROLINA
#### WESTERN DIVISION

| | |
|---|---|
| ERVIN SHERWOOD SANDERS, JR.,<br>　　　Plaintiff, | )<br>)<br>) |
| v. | )<br>)<br>) |
| | ) **JUDGMENT** |
| CAROLYN W. COLVIN,<br>*Acting Commissioner of Social Security*,<br>　　　Defendant. | ) **CASE NO. 5:13-CV-790-D**<br>)<br>) |

Decision by the Court:

　　**IT IS ORDERED AND ADJUDGED** that the Court adopts the Memorandum and Recommendations [D.E. 49]. Plaintiff's Motion for Judgment on the Pleadings [D.E. 31] is GRANTED, Defendant's Motion for Judgment on the Pleadings [D.E. 35] is DENIED, and the action is REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g).

THE ABOVE JUDGMENT WAS ENTERED TODAY **FEBRUARY 20, 2015** WITH A COPY TO:

Cynthia M. Currin (via CM/ECF electronic notification)
Cassia W. Parson  (via CM/ECF electronic notification)

| | |
|---|---|
| <u>February 20, 2015</u> | JULIE RICHARDS JOHNSTON, Clerk |
| Date | Eastern District of North Carolina |
| | |
| | <u>/s/Crystal Jenkins　　　　　</u> |
| | (By) Deputy Clerk |
| Raleigh, North Carolina | |