IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:13-CV-790-D

| | |
|---|---|
| ERVIN SANDERS, | * |
| Plaintiff, | * |
| | * ORDER |
| v. | * |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | * |
| Defendant. | * |

After consideration of Plaintiff's Application for Attorney's Fees Pursuant to the Equal Access to Justice Act and supporting memorandum, and Defendant's response thereto, it is this 25 day of June, 2015, by the United States District Court for the Eastern District of North Carolina, ORDERED that Plaintiff, in full satisfaction of any and all claims, is hereby awarded attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, in the amount of $ 5,469.30 and costs in the amount of $ 2,238.82. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check sent to Plaintiff's counsel, Cynthia M. Currin, Esquire, Crisp, Page & Currin, L.L.P., 4010 Barrett Drive, Suite 205, Raleigh, North Carolina 27609.

So ORDERED. This 25 day of June 2015.

JAMES C. DEVER III
CHIEF UNITED STATES DISTRICT JUDGE