UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ERVIN SHERWOOD SANDERS, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAROLYN W. COLVIN, Acting Commissioner of )<br>Social Security, )<br>)<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 5:13-CV-790-D** |

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff, in full satisfaction of any and all claims, is hereby awarded attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, in the amount of $5,469.30 and costs in the amount of $2,238.82. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check sent to Plaintiff's counsel.

**This Judgment Filed and Entered on June 25, 2015, and Copies To:**

| | |
|---|---|
| Cynthia M. Currin | (via CM/ECF Notice of Electronic Filing) |
| Cassia W. Parson | (via CM/ECF Notice of Electronic Filing) |

| | |
|---|---|
| DATE: | JULIE RICHARDS JOHNSTON, CLERK |
| June 25, 2015 | (By) /s/ Courtney O'Brien |
| | Deputy Clerk |